UNITED STATES v. KNISS ET AL.

No. 762.   Decided June 25, 1962.

Solicitor General Cox, Assistant Attorney General Loevinger and Richard A. Solomon for the United States.

PER CURIAM.

The judgment is reversed. United States v. Wise, ante, p. 405.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.

UNITED STATES v. STALEY ET AL.

No. 882.   Decided June 25, 1962.

Solicitor General Cox and Assistant Attorney General Loevinger for the United States.

Homer I. Mitchell, Warren M. Christopher and Aloysius F. Power for appellees.

PER CURIAM.

The judgment is reversed. United States v. Wise, ante, p. 405.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.